IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT SIRVYDAS,<br>§<br>PLAINTIFF,<br>§<br>§<br>V.<br>§<br>§    CAUSE NO. 1:20-CV-98-LY<br>§<br>EQUIFAX INFORMATION<br>§<br>SERVICES, LLC,<br>§<br>DEFENDANT.<br>§ | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On August 3, 2021, Plaintiff Robert Sirvydas filed a Notice of Voluntary Dismissal (Doc. #27) which the court has reviewed and now approves. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _4th_ day of August, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE